# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) |
|  | )   Case No. |
|  | )              23-mj-43 |
| CATHY LYNN HAMILTON | ) |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  05/05/2023  in the Parish of  Orleans  in the
Eastern District of  Louisiana , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*s/Kipp Fellon*
*Complainant's signature*

LSP Task Force Officer Kipp Fellon
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/05/2023

*Judge's signature*

City and state: New Orleans, Louisiana   Honorable Michael B. North, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | MAGISTRATE NO. 23-mj-43 |
| v. | * | |
| CATHY LYNN HAMILTON | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Trooper First Class Kipp Fellon Jr., assigned to the Louisiana State Police ("LSP"), Bureau of Investigations, Criminal Investigations Division, Region-1 Detectives, being duly sworn, do hereby depose and state that the following information is true to the best of my knowledge and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I am assigned to the LSP, Bureau of Investigations, Criminal Investigations Division, Region-1 Detectives - New Orleans Field Office, and have held the designation of detective since August 2020. Additionally, I am currently detailed as a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") Violent Crime Abatement Investigations Team ("VCAIT"), which is a designation I have held since October 2020. Before my current assignments, I was ranked as a Trooper within the LSP Patrol Division at Troop "B" and Troop "N" since April 2015. I am responsible for investigating and enforcing violations of federal law, including violations of federal firearms laws and Title 18 offenses, such as matters related to violent crimes. During my law enforcement career, I participated in several complex investigations, specifically in violent crimes, property crimes, and narcotics trafficking. I regularly work with officers, agents, and TFOs from multiple federal, state, and local law enforcement agencies who investigate various criminal violations.

2. My education includes graduating from the 19-week LSP Training Academy located in Baton Rouge, Louisiana, in April 2015. I previously graduated from the University of New Orleans with a Bachelor of Science degree in Business Administration in May 2005 and a Masters degree in Business Administration in December 2007.

3. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7); that is, I am an officer of the United States who is empowered by law to conduct investigations of and make arrests for violations of the laws of the United States

## PURPOSE OF AFFIDAVIT

4. This Affidavit is submitted only for the limited purpose of securing a criminal complaint. I have not set forth every fact known concerning this investigation. The facts in this Affidavit come from my training and experience, the training and experience of other law enforcement officers, the observations of other law enforcement officers, and information contained in other officers' reports, documents, and notes furnished to me. I am thoroughly familiar with the facts of this investigation. I have included what I believe are the facts sufficient to establish probable cause for the complaint sought.

5. As further set forth below, I am investigating CATHY LYNN HAMILTON (Black/Female; ▮▮/1959) for the crime of Bank Robbery in violation of 18 U.S.C. § 2113(a).

## APPLICABLE STATUTE

(a) Whoever, by force and violence, or by intimidation, takes, or attempts to take, from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association -

2

Shall be fined under this title or imprisoned not more than twenty years, or both.

## **PROBABLE CAUSE**

6. On Friday May 5, 2023, at about 0910 hours, New Orleans Police Department

7. ("NOPD") officers were dispatched to a bank robbery at the Chase Bank, located at 1425 North Broad Street, New Orleans, LA 70119. NOPD officers arrived on scene at about 0915 hours and immediately placed the bank robbery suspect, HAMILTON, in custody.

8. Federal Bureau of Federal Bureau of Investigation ("FBI") New Orleans Violent Crime Task Force ("NOVCTF") members immediately responded to the bank and began investigating the bank robbery. The initial investigation revealed that HAMILTON entered the bank and approached the victim, a bank teller (hereinafter referred to as "TELLER 1"). HAMILTON provided TELLER 1 with a note, that the bank was being robbed, to place the money in the bag, or people were going to get hurt. TELLER 1 complied with the demand and gave HAMILTON $500.00 in United States ("US") currency. HAMILTON then left the bank on foot. A bank security officer (hereinafter referred to as "SECURITY OFFICER 1") then escorted HAMILTON back into the bank, with the money still in her possession, where she was placed under arrest by an NOPD officer shortly thereafter.

9. The below images are screenshot images from the bank's surveillance video of HAMILTON inside of the bank just prior to and during the robbery.

**Digital Video Snapshot**

Recorder: MNAR1326V047
Camera Name: 3.1 Teller Queue Line
Time: 2023-05-05 09:06:15 AM (UTC-05:00) Central Daylight Time



Capture Size: 704 x 514 pixels
Device Network Name: MNAR1326V047
Device Serial Number: AR1326V047
Device Station ID: 3449

4

**Digital Video Snapshot**
Recorder: MNAR1326V047
Camera Name: 2.4 Teller #2
Time: 2023-05-05 09:07:18 AM (UTC-05:00) Central Daylight Time



Capture Size: 704 x 528 pixels
Device Network Name: MNAR1326V047
Device Serial Number: AR1326V047
Device Station ID: 3449

10. The below image is a picture of the note that HAMILTON provided TELLER 1 and used for the robbery.



11. A query of HAMILTON'S criminal history revealed the following pertinent bank robbery related arrest and conviction:

> o Arrested January 10, 2014 by the FBI for Robbery – Banking Type Institution (convicted on January 7, 2015 of Bank Robbery by Force or Violence Felony; prison time: 24 months, supervised release 36 months)

12. FBI Supervisory Special Agent ("SSA") Oliver McGill confirmed that the bank is a Federal Deposit Insured Corporation ("FDIC") bank.

13. The above demonstrates that HAMILTON used the threat of violence to rob the FDIC insured Chase Bank, located at 1425 North Broad Street, New Orleans, LA 70119 of $500.00 in US currency.

14.     Based on the above information, your Affiant believes that there is probable cause to believe that HAMILTON robbed the Chase Bank, 1425 North Broad Street, New Orleans, Louisiana 70119, on May 5, 2023, in violation of Title 18, United States Code, Section 2113(a).

        Respectfully Submitted,

        *s/Kipp Fellon*
        Kipp Fellon
        Task Force Officer
        Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed to and sworn before me,
this __5th__ day of _____May_____, 2023.
New Orleans, Louisiana.

_____
HONORABLE MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

7